UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KARLUK M. MAYWEATHERS,

    Plaintiff,

  v.

D. RALSTON, et al.,

    Defendants.

Case No. 15-cv-04546-KAW (PR)

**ORDER OF TRANSFER**

Plaintiff Karluk M. Mayweathers, a state prisoner incarcerated at the California Men's Colony ("CMC") in San Luis Obispo, California, has filed a civil rights action under 42 U.S.C. § 1983 alleging that employees at CMC violated his constitutional rights.

When jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same State, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. *See* 28 U.S.C. § 1391(b).

The acts complained of in this complaint occurred at CMC, which is located in the Central District of California. Venue, therefore, properly lies in the Central District of California, not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of California.

The Clerk of the Court shall terminate all motions and transfer the case forthwith.

**IT IS SO ORDERED.**

Dated: 10/30/15

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE